DOWNEY BRAND LLP
RHONDA CATE CANBY (BAR NO. 171571)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100

Attorneys for Defendants, BABU Enterprises and Time Oil Co.

SCOTT N. JOHNSON, ESQ. (BAR NO. 166952)
LAW OFFICES OF SCOTT N. JOHNSON
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone:   (916) 485-3516
Facsimile:    (916) 485-3516

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT N. JOHNSON, | Case No. 2:05-CV-00695-MCE-DAD |
|---|---|
| Plaintiff, | **STIPULATED DISMISSAL; ORDER THEREON** |
| v. | |
| BABU Enterprises; Time Oil Co.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff SCOTT N. JOHNSON, in pro per, and Defendants BABU ENTERPRISES AND TIME OIL CO., through their attorney Rhonda Cate Canby of Downey Brand LLP, hereby stipulate for an Order of Dismissal with prejudice in the above-entitled matter.

/ / /

/ / /

/ / /

/ / /

1

1 | DATED: June 14, 2005  DOWNEY BRAND LLP

3 | By:/s/
4 | RHONDA CATE CANBY
Attorneys for Defendants,
BABU Enterprises and Time Oil Co.

7 | DATED: June 13, 2005.  By:/s/
8 | SCOTT N. JOHNSON
Plaintiff In Pro Per

**SO ORDERED.**

12 | DATED: June 17, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DOWNEY BRAND LLP

2

STIPULATED DISMISSAL; ORDER THEREON